IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LINDA DILLARD, | : | Case No. 3:15-cv-00020 |
| Plaintiff, | : | Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 14) TO
THE REPORT AND RECOMMENDATIONS (DOC. 13); ADOPTING THE
REPORT AND RECOMMENDATIONS (DOC. 13) IN THEIR ENTIRETY;
AFFIRMING THE COMMISSIONER'S NON-DISABILITY
DETERMINATION; AND TERMINATING THIS CASE**

This is an action under 42 U.S.C. § 405(g) for review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff Linda Dillard's application for Supplemental Security Income. On January 19, 2016, Chief Magistrate Judge Sharon L. Ovington entered a Report and Recommendations (Doc. 13), which recommended that the Court affirm the Commissioner's decision. On January 27, 2016, Plaintiff filed Objections (Doc. 14) to the Report and Recommendations. On February 19, 2016, the Commissioner filed a Response (Doc. 16) to the Objections. This matter is therefore ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 14) to the Report and Recommendations (Doc. 13) are not well taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Report and Recommendations

(Doc. 13) in their entirety and therefore **AFFIRMS** the Commissioner's non-disability decision.

The Clerk is **ORDERED** to terminate this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, February 25, 2016.

                                                                          s/Thomas M. Rose

                                                                 _____
                                                                     THOMAS M. ROSE
                                                      UNITED STATES DISTRICT JUDGE